In the Matter of SHARON MABRY, Petitioner, v E. MADDOX et al., Respondents. [869 NYS2d 789]

The determination of the Hearing Officer was supported by substantial evidence (*see Matter of Reyes v Goord,* 49 AD3d 546 [2008]; *Matter of Igartua v Selsky,* 41 AD3d 717 [2007]). There is no evidence in this record that the petitioner was denied her right to call witnesses or otherwise deprived of due process of law.

The petitioner's remaining contentions are without merit. Rivera, J.P., Angiolillo, Dickerson and Chambers, JJ., concur.